# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CR-212-FDW-DSC

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER TO UNSEAL** |
| 1) JONATHAN FERNANDEZ | ) | |
| 2) YAMPIER DUARTE LAITANO | ) | |
| 3) CARLOS FERRAT-GUTIERREZ | ) | |
| 4) STEVEN BLANCO VARGAS | ) | |
| 5) BRIGITTE FERRAT | ) | |
| 6) CHRIS JERILEE ARTAVIA-MASIS | ) | |
| Defendants. | ) | |

**UPON MOTION** of the Government and for the reasons given, IT IS HEREBY ORDERED that the Indictment and Arrest Warrants in the above-named matter be unsealed.

**SO ORDERED**.

Signed: March 21, 2016

David S. Cayer
United States Magistrate Judge